■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SOLOMON FORMAN, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Belfi, J.), imposed December 2, 1987.

Ordered that the sentence is affirmed, and the matter is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mollen, P. J., Mangano, Brown and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP W. KAUTZ, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered March 20, 1986.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9).

We have considered the contentions raised by the defendant in his supplemental *pro se* brief and find them to be without merit. Mollen, P. J., Lawrence, Eiber, Sullivan and Balletta, JJ., concur.